# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134644

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JOHN ALBERT MURPHY,
    Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134644
COA: 275916
Wayne CC: 91-002313-01

_____/

On order of the Court, the application for leave to appeal the June 19, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

s1119